IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                               Chapter 11

ANDREW P. KEATON III                                          Case No. 8:10-bk-07891-KRM
and THERESA KEATON,

    Debtors.
_____/

**OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN
BY BRANCH BANKING AND TRUST COMPANY**

Branch Banking and Trust Company, by and through its undersigned counsel, hereby objects to confirmation of the Debtors' Plan of Reorganization and states as follows:

1. The Plan is not in the best interest of creditors. The Plan does not provide that Branch Banking and Trust Company ("BB&T") will receive or retain property of value not less than it would receive if the Debtors were liquidated under Chapter 7, as required by Section 1129(a)(7).

2. The Plan is not feasible and confirmation of the Plan is likely to be followed by liquidation or the need for further financial reorganization of the Debtors.

3. The Plan is not fair and equitable with respect to BB&T's secured claim. The Plan provides that BB&T, but will not receive cash payments totaling the allowed amount of its claim as of the effective date of the Plan.

4. The Plan violates the absolute priority rule. The absolute priority rule under 11 U.S.C. § 1129(b)(2), requires that creditors of Debtors' reorganization must receive payment of their claims in their established order of priority, and that creditors in each priority level receive payment in full before interests of a lower priority may share in the assets of the reorganized Debtors. *Northwest Bank Wilmington v. Ahlers,* 485 U.S. 197, 206-at 208 (1988); *Bank of American National Trust v. 203 North Priority Street Partnership,* 526 U.S.434 (1999). The

323758

individual Debtors will retain their assets after confirmation, but the Plan does not provide for full payment of creditors.

6. The Plan was not proposed in good faith as required by 11 U.S.C. § 1129(a)(3).

/s/ Thomas H. McLain, Jr.
Thomas H. McLain, Jr.
Fisher & Sauls, P.A.
Suite 701, 100 2nd Avenue South
P.O. Box 387
St. Petersburg, FL 33731
727/822-2033
FBN 759650
tmclain@fishersauls.com
Attorneys for Branch Banking and Trust Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Objection to Confirmation of Chapter 11 Plan by Branch Banking and Trust Company, have been served by the Court's CM/ECF system or U.S. mail on August 31, 2010, to:

**Joel S Treuhaft, Esq.**
2997 Alternate 19, Suite B
Palm Harbor, FL 34683

**United States Trustee - TPA**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

/s/ Thomas H. McLain, Jr.
Thomas H. McLain, Jr.

323758                                2